190 So. 73

## JACKSON v. STATE.
### 6 Div. 448.

Supreme Court of Alabama.
June 22, 1939.

M. C. Zanaty, of Birmingham, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

FOSTER, Justice.

In this case, appellant was indicted for rape, tried and convicted, and given the death penalty.

We have examined the record of the proceedings, and find that in all respects the law and Constitution applicable to such cases were duly observed and fully complied with. There is no error apparent on the record, and there is no bill of exceptions showing the reservation of an exception on the trial.

Affirmed.

All the Justices concur.